# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALTER BRADLEY, | : | No. 4:15-CV-00247 |
| Petitioner, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Saporito) |
| U.S. PAROLE COMMISSION, | : | |
| Respondent. | : | |

## ORDER

### JUNE 15, 2017

Before the Court for disposition is a Report and Recommendation filed by Magistrate Judge Joseph F. Saporito, Jr. on May 23, 2017.[1] In this Report, Magistrate Judge Saporito recommended that (1) Walter Bradley's Petition for A Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 be dismissed with prejudice, and (2) no certificate of appealability be issued.[2] No objections to this Report and Recommendation have since been filed.

Upon designation, a magistrate judge may "conduct hearings, including evidentiary hearings, and . . . submit to a judge of the court proposed findings of fact and recommendations."[3] Once filed, this Report and Recommendation is

---

[1] ECF No. 16.

[2] *Id.*

[3] 28 U.S.C. 636(b)(1)(B).

disseminated to the parties in the case who then have the opportunity to file written objections.[4] Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."[5] Nevertheless, whether timely objections are made or not, the district court may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate judge.[6]

Following independent review of the record, I am satisfied that the Report and Recommendation contains no clear facial error. In the interests of judicial economy, I will not rehash Magistrate Judge Saporito's sound reasoning and legal citation. The Court is in full agreement that Walter Bradley's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is patently meritless and should be dismissed with prejudice.

**AND NOW**, therefore, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s Report and Recommendation (ECF No. 16) is **ADOPTED IN ITS ENTIRETY**;

---

[4] 28 U.S.C. 636(b)(1).

[5] *Rieder v. Apfel,* 115 F.Supp.2d 496, 499 (M.D.Pa. 2000) (citing *United States v. Raddatz*, 447 U.S. 667, 676 (1980)).

[6] 28 U.S.C. § 636(b)(1); Local Rule 72.31.

2. Walter Bradley's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**;

3. No Certificate of Appealability shall issue; and

4. The Clerk of Courts is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge